UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Christine Mounser,**  <br><br>　　　　　　　Plaintiffs,  <br><br>vs.  <br><br>**Moomoo Technologies, Inc.**  <br><br>　　　　　　　Defendant. | No. 24-CV-01834  <br><br>**Hon. Elaine E. Bucklo** |

Now comes Plaintiff, Christine Mouser, by and through Counsel, and notifies the Court and Defendant of the dismissal of this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: April 11, 2024

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: /s/ *Michael L. Fradin*
　　　　　　　　　　　　　　　　　　Michael L. Fradin
　　　　　　　　　　　　　　　　　　Fradin Law, LLC
　　　　　　　　　　　　　　　　　　8401 Crawford Ave. Ste. 104
　　　　　　　　　　　　　　　　　　Skokie, IL 60076
　　　　　　　　　　　　　　　　　　P: 847-986-5889
　　　　　　　　　　　　　　　　　　F: 847-673-1228
　　　　　　　　　　　　　　　　　　Email: mike@fradinlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2024 a true and complete copy of the forgoing was served upon all necessary parties through the Court's Electronic Filing system.

/s/ *Michael L. Fradin*

- 1 -